# Court of Appeals
# of the State of Georgia

ATLANTA, January 25, 2019

*The Court of Appeals hereby passes the following order*

**A19I0145. HARLEY JACKSON v. THE STATE.**

   Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

18CR58



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, January 25, 2019.*

    *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*